## (November 7, 1960)

■ (A) STANLEY S. ATIAS, Respondent, v. WALTER GIBSON, Doing Business as BANK HALL EXPRESS, Appellant. (B) CARPET CENTER at Korvette-Westbury, Respondent, v. NEW YORK POST CORPORATION et al., Appellants. (C) JOSEPH W. CAMPANELLA et al., Respondents, v. FRED J. NOETH, Doing Business as PLAINVIEW HERALD, Appellant. (D) HARVEY S. FEUERSTEIN, an Infant, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant. (E) In the Matter of the Estate of ANNA FLASTERSTEIN, Deceased. LEE M. T. FLASTERSTEIN, Appellant; SAMUEL FLASTERSTEIN et al., as Surviving Executors and Trustees, Respondents. (F) In the Matter of the Accounting of SAMUEL FLASTERSTEIN et al., as Executors of ISIDOR FLASTERSTEIN, Deceased, Respondents. LEE M. T. FLASTERSTEIN, Appellant. (G) ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Respondent, v. ELVIRA INNAMORATI, Appellant. (H) OLIVIA G. SEELER, INC., Respondent, v. KATHERINE KIERNAN, Appellant. (I) EDWARD WASHINGTON, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— [In each action] Motion by respondent[s] to dismiss the appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the January 1961 Term. The appeal is ordered on the calendar for said term. Nolan P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ MIRIAM H. BEERMAN, Appellant, v. MARYANN BLUMHAGEN et al., Defendants, and EDWARD A. PAUR et al., Respondents.— Motion by appellant to vacate an order of this court entered October 6, 1960, which dismissed the appeal. Motion granted; order dismissing appeal vacated, and appeal ordered on the calendar for the January 1961 Term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ LOUIS BELTZER, Plaintiff, v. CITY OF LONG BEACH, Respondent, and ABRAHAM BERGMAN et al., Appellants.— Motion by appellants to compel the defendant-respondent to accept service of the notice of appeal granted. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ JOHN J. CREEGAN, Respondent, v. JAMES C. JENKINS et al., Appellants.— Motion by appellants to stay the trial, pending determination of the appeals, granted on condition that appellants perfect the appeals and be ready to argue or submit them at the January 1961 Term. The appeals are ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ DAVID J. FREUDENBERGER, Respondent, v. EDNA M. FREUDENBERGER, Appellant.— Motion by respondent to dismiss appeal for lack of prosecution, granted by default, without costs, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.